U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2015 MAR 25  PM 3: 21

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 1: 15-cr-36 |
| ) | |
| MOHAMED HAMDI, ) | |
| Defendant ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT I

On or about October 30, 2014, in the District of Vermont, the defendant, MOHAMED HAMDI, knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

## COUNT II

On or about November 13, 2014, in the District of Vermont, the defendant, MOHAMED HAMDI, knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

A TRUE BILL

FOREPERSON

_____ (CEN) for
EUGENIA A. P. COWLES
Acting United States Attorney
Rutland, Vermont
March 25, 2015